# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY JAMES WASHINGTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67111



**FILED**

JAN 12 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court decision granting a postconviction petition for a writ of habeas corpus. Although we previously indicated that we have jurisdiction over this appeal, *Washington v. State*, Docket No. 67111 (Order, May 12, 2015), further review of the record reveals a jurisdictional defect. Specifically, no statute or court rule authorizes a petitioner to appeal from a district court order *granting* a postconviction petition for a writ of habeas corpus. *See* NRS 34.575(2); NRAP 22. The right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). We conclude that we lack jurisdiction and therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We deny appellant's pending motions as moot.

17-01252

cc: Hon. Douglas Smith, District Judge
Larry James Washington
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A